IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02262-WYD-BNB

MICHAELA BREZIN,

Plaintiff,

v.

RICHARD HUNG HSU,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** [docket no. 15, filed April 11, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 1, 2014**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 1,2014**;

| | |
|---|---|
| Discovery Cut-off: | **December 1, 2014**; |
| (All written discovery must be served so that the responses are due on or before | **December 1, 2014**) |
| Dispositive Motion Deadline: | **December 15, 2014**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for October 1, 2014, is **vacated and reset to February 17, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 10, 2015**. Please remember that anyone seeking entry into the Alfred A.

Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2(b).

DATED:  April 14, 2014