IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02262-WYD-BNB

MICHAELA BREZIN,

      Plaintiff,

v.

RICHARD HUNG HSU,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with

Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) filed June 18, 2014.  The Court, having

reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulated Motion for Dismissal with Prejudice Pursuant to

F.R.C.P. 41(a)(1)(A)(ii) (ECF No. 18) is **APPROVED** and this case is **DISMISSED WITH**

**PREJUDICE**, each party to bear his or her own costs and attorney fees.

Dated:  June 18, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE